# Fw: Activity in Case 1:22-cv-04803-ENV-RML Nicolas v. buildOn, Inc. et al Scheduling Order

**SPECIAL HAGAN**

Tue 8/29/2023 8:09 PM

To: Katia Nicolas <katiajnicolas@gmail.com>;

Ms.Nicolas:

Please see below.  Please confirm receipt so that I can provide proof of service to the Court.

Thank you,

Special Hagan (her/she/Ms.)
**Law Offices of Special Hagan, Esq.**
88-08 Justice Avenue Apt. 16i
Elmhurst, New York 11373
p: (917) 337-2439
fax: (914) 462-4137
*Note new address

Confidentiality Note: This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.

---

**From:** ecf_bounces@nyed.uscourts.gov <ecf_bounces@nyed.uscourts.gov>
**Sent:** Tuesday, August 29, 2023 1:39 PM
**To:** nobody@nyed.uscourts.gov
**Subject:** Activity in Case 1:22-cv-04803-ENV-RML Nicolas v. buildOn, Inc. et al Scheduling Order

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

U.S. District Court

Eastern District of New York

**Notice of Electronic Filing**

The following transaction was entered on 8/29/2023 at 1:39 PM EDT and filed on 8/29/2023
**Case Name:** Nicolas v. buildOn, Inc. et al
**Case Number:** 1:22-cv-04803-ENV-RML
**Filer:**
**Document Number:** No document attached
**Docket Text:**
**SCHEDULING ORDER RE [54]** *MOTION to Withdraw as Attorney*. **Plaintiff, KATIA J. NICOLAS and attorney Special Hagan are directed to appear for a telephone conference on October 3, 2023 at 4:00 p.m., before the Hon. Robert M. Levy, USMJ at 888-684-8852; access code # 6223489. Counsel is directed to serve a copy of this order on her client and file proof of service. Ordered by Magistrate Judge Robert M. Levy on 8/29/2023. (JM)**

**1:22-cv-04803-ENV-RML Notice has been electronically mailed to:**

Special Hagan     special@haganlawoffices.net

Evan Benjamin Citron     evan.citron@ogletree.com, NYCDocketing@ogletree.com, NewYorkCityPracticeAssistants@ogletree.com, sabrena.tyler@ogletreedeakins.com

**1:22-cv-04803-ENV-RML Notice will not be electronically mailed to:**