THE LAW OFFICES OF

*Special | Hagan*

88-08 JUSTICE AVENUE APT. 16I
ELMHURST, NEW YORK 11373
P: (917) 337-2439
FAX: (914) 462-4137

August 9, 2023

**VIA EMAIL**
Katia Nicolas
133 Clearstream
Valley Stream, New York 11580
katiajnicolas@gmail.com

                                        RE:      Nicolas v. buildOn et. al.
                                                      <u>Index No.: 22-cv-4803</u>

Dear Mrs. Nicolas:

I am writing to advise you that, pursuant to Judiciary Law § 475, that I possess a charging lien against any proceeds, whether through settlement or judgment, due -I also possess a retaining lien. As such, if the parties reach a settlement, I request that you provide me any such Settlement Agreement you reach to insure that my liens are protected.

I hope that we are able to agree on the amount of the lien, if not, I will move the Court for an Order that determines the amount. In closing, thank you for your attention to these matters. If you wish to discuss these or any other matters, please contact me.

Respectfully,

    /s/

Special Hagan, Esq.