# Second Request for Written Confirmation of Withdrawal

**SPECIAL HAGAN**

Thu 8/24/2023 2:56 PM

Sent Items

To: Katia Nicolas <katiajnicolas@gmail.com>;

Mrs. Nicolas:

Please provide written acknowledgement of the notice of withdrawal and charging lien. The Court must have confirmation that you are on notice that I have withdrawn representation.

Sincerely,

Special Hagan (her/she/Ms.)
**Law Offices of Special Hagan, Esq.**
88-08 Justice Avenue Apt. 16i
Elmhurst, New York 11373
p: (917) 337-2439
fax: (914) 462-4137
*Note new address

Confidentiality Note: This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.

---

**From:** SPECIAL HAGAN
**Sent:** Friday, August 11, 2023 8:16 PM
**To:** Katia Nicolas
**Subject:** Notice of Charging Lien _Correspondence to E. Citron, Esq.

Mrs. Nicolas:

Please see attached.

Sincerely,

Special Hagan (her/she/Ms.)
**Law Offices of Special Hagan, Esq.**
88-08 Justice Avenue Apt. 16i
Elmhurst, New York 11373
p: (917) 337-2439

fax: (914) 462-4137
*Note new address

Confidentiality Note: This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.