THE LAW OFFICES OF

*Special | Hagan*

88-08 JUSTICE AVENUE APT. 16I
ELMHURST, NEW YORK 11373
P: (917) 337-2439
SPECIAL@HAGANLAWOFFICES.NET

Thursday, August 31, 2023

**VIA Fed Ex and ECF**
Katia Nicolas
133 Clearstrom Avenue
Valley Stream, New York 11580

RE: Nicolas v. buildOn, et. al.
<u>22-CV-4803(ENV)</u>

Dear Mrs. Nicolas:

Enclosed please find the Judge's Order and the email that was sent to you on August 29, 2023.

Sincerely,

/s/

Special Hagan, Esq.

Cc:     Judge Robert M. Levy
        Via ECF