**Ogletree Deakins**

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

599 Lexington Ave, Fl 17
New York, New York 10022
Telephone: 212-492-2500
Facsimile: 212-492-2501
www.ogletree.com

Sarah M. Zucco
212-492-2092
sarah.zucco@ogletree.com

March 25, 2024

**VIA ECF**

The Honorable Robert M. Levy
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

  Re: *Nicolas v. buildOn, Inc., et al.,*
     Case No. 22-cv-04803-ENV-RML

Dear Judge Levy:

  We represent Defendants buildOn, Inc., LaNelle Alexander, Sorangel Liriano, Christopher Lindstrom, Rosann Jager, and John Sorek (collectively, "Defendants") in the above-referenced matter. In accordance with Your Honor's Minute Entry dated March 12, 2024, we respectfully write to communicate that Defendants will not agree to mediation at this time. As a result, Defendants respectfully request a status conference be set to discuss a scheduling order in this matter.

  Thank you for your attention to this matter.

             Respectfully submitted,

             OGLETREE, DEAKINS, NASH,
              SMOAK & STEWART, P.C.

             By: *s/ Sarah Zucco*
               Sarah M. Zucco

cc: All counsel of record (via ECF)

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston
Indianapolis ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada) ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh ▪ Richmond
St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington

61392768.v1-OGLETREE